IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETTY J. EADS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:14-cv-0221-RLY-DKL |
| MARSH SUPERMARKETS, LLC and, KIM PARIS, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Plaintiff and Defendants, by counsel, having filed herein their Stipulation of Dismissal, and the Court, having read and examined said Stipulation and being duly advised in the premises, now finds that this matter should be dismissed, with prejudice.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** by the Court that the above-entitled matter be, and it hereby is, dismissed, with prejudice, costs paid.

DATE: 10/07/2014

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

scassman@lewiswagner.com
tparish@lewiswagner.com
tae@sturelaw.com